Opinion issued June 9, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00529-CV

____________


IN RE DOUGLAS WOHLFAHRT AND LYNN WOHLFAHRT, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators Douglas Wohlfahrt and Lynn Wohlfahrt have filed an unopposed
motion to dismiss their petition for a writ of mandamus complaining of Judge
Dorfman's (1) May 13, 2003 order denying their objection to the Honorable Louis
Moore sitting as a visiting judge in the 129th District Court of Harris County.

 We grant the motion and dismiss the proceeding. We lift our May 23, 2003
order granting temporary relief.


PER CURIAM

Panel consists of Justices Keyes, Alcala, and Higley.
1. 
 -